804 A.2d 1168

IN THE MATTER OF CRAIG V. O'CONNOR,
AN ATTORNEY AT LAW.

September 6, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–405, concluding that **CRAIG V. O'CONNOR** of **MORRISTOWN**, who was admitted to the bar of this State in 1976, should be reprimanded for violating *RPC* 1.4(a) (failure to communicate with client) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **CRAIG V. O'CONNOR** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.